UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 12-CR-85

SHONTAY DESSART,

    Defendant.

**ORDER DENYING MOTION FOR ACQUITTAL**

On June 19, 2014, a jury returned a verdict finding the Defendant, Shontay Dessart, guilty of twenty-three counts of violations of the Food, Drug and Cosmetic Act, specifically 21 U.S.C. §§ 331(p), 331(a), and 331(k), all with intent to defraud or mislead in violation of § 21 U.S.C. § 333(a)(2). On July 11, 2014, Dessart filed a motion for Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure.

The motion is denied. Viewing the evidence in the light most favorable to the prosecution, the Court concludes that the evidence is sufficient to support the jury's verdict on each of the counts. Accordingly, the Motion for Judgment of Acquittal should be and the same hereby is denied.

**SO ORDERED** this   29th   day of July, 2014.

                                                                s/ William C. Griesbach
                                                                William C. Griesbach, Chief Judge
                                                                United States District Court