UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                          Case No. 12-CR-85

SHONTAY DESSART,

    Defendant.

## ORDER LIFTING STAY

    Defendant Shontay Dessart was found guilty by a jury of various crimes involving the repackaging and misbranding of adulterated drugs in violation of FDA regulations. On July 29, 2014, the Court imposed a sentence of 12 months and a day on each count to run concurrently with each other. The Court stayed the sentence to allow Dessart to appeal. Dessart's conviction was affirmed by the United States Court of Appeals for the Seventh Circuit, and the Court's mandate was issued on June 8, 2016.

    Based upon the forgoing, the stay previously ordered in this matter is lifted and Dessart is ordered to report to the facility designated by the Bureau of Prisons at such time as he is directed. Pretrial Services shall advise Dessart of the time and place of reporting.

    **SO ORDERED** this   9th   day of June, 2016.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court